COMMONWEALTH of Pennsylvania,
Appellee

v.

Dante OVERBY, Appellant.

Nos. 32 & 33 EAP 2004.

Supreme Court of Pennsylvania.

April 8, 2005.

Sondra R. Rodrigues, Esq., Philadelphia, for Dante Overby.

Hugh J. Burns, Esq., Philadelphia, for Commonwealth of Pennsylvania.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of April, 2005, the Order of the Superior Court is hereby reversed, and the matter is remanded to the Superior Court for a merits review of the issue(s) raised in Appellant's direct appeal *nunc pro tunc. Commonwealth v. Halley,* —— Pa. ——, 870 A.2d 795, 2005 WL 709283 (2005).